Case 1:10-cv-02656-RJD-JMA Document 6 Filed 09/01/10 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHERINE KASSEL ANDF RONNIE KASSEL,

                Plaintiff,

vs.

NCO FINANCIAL SYSTEM,S, INC.

                Defendant.

10 Civ. 2656 (KMK)(PED)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiffs KATHERINE KASSEL ANDF RONNIE KASSEL, and the Defendant, NCO FINANCIAL SYSTEMS, INC., that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        Sept. ___, 2010

M. HARVEY REPHEN & ASSOCIATES, P.C.
Attorneys for Plaintiffs KATHERINE KASSEL
AND RONNIE KASSEL

By: _____
      M. Harvey Rephen (3384)

Attorney's for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 796-0930

SO ORDERED:
_____
Hon. Chief Judge Raymond J. Dearie, U.S.D.J.

/s/ Kevin McHugh
Kevin McHugh, Esq.
Law Offices of Edward Garfinkel
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
Telephone: (718) 250-1100
Facsimile: (718) 250-1168

Attorneys for Defendant,
NCO Financial Systems, Inc.

So Ordered.

s/ Judge Raymond J. Dearie

9/2/10

31038173v1 50864